FILED

JUL 2 2 2013

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. |
| | ) | |
| Plaintiff, | ) | W13-817M |
| | ) | |
| | ) | **INFORMATION** |
| v | ) | Count One:  18 U.S.C. §§7(3) & 13 and |
| | ) | T.P.C. § 49.04 – Driving While Intoxicated |
| RONALD R. HOLMES, | ) | |
| | ) | |
| Defendant. | ) | |

THE UNITED STATES ATTORNEY CHARGES:

COUNT ONE
[18 U.S.C. §§7(3) & 13 and T.P.C. § 49.04]

On or about July 5, 2013, at the Fort Hood Military Reservation in the Western

District of Texas, an area within the special maritime and territorial jurisdiction of the

United States, Defendant

RONALD R. HOLMES

did drive and operate a motor vehicle in a public place while intoxicated, in violation of

Sections 49.04 of the Texas Penal Code and Title 18, United States Code, Sections

7(3) & 13.

ROBERT PITMAN
United States Attorney

By: _____
BRENT A. CONNELLY
Special Assistant United States Attorney

UNSEALED

PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

DATE:        JULY 16, 2013              MPR #:  03721-13        CASE NO.  *W13-817M*
COUNTY:    BELL
JUDGE:       JEFFREY MANSKE
S.A.U.S.A.:  BRENT A. CONNELLY

DEFENDANT:

RONALD R. HOLMES

OFFENSES & MAXIMUM PUNISHMENT

Count One:  18 U.S.C. §§7(3) & 13 and T.P.C. § 49.04– Driving While Intoxicated:
Minimum 3 days, Maximum 6 months Confinement; $2,000 fine; $10 SA.