UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| vs. § | NO:  WA:13-M -00817(1) |
| § | |
| (1) RONALD R. HOLMES § | |

PROCEEDINGS: BENCH TRIAL

# Exhibit List

| | Government(s) | | Defendant(s) |
|---|---|---|---|
| 1. | Dash Cam Video A973, July 5, 2013, MPR3721-13 (time 2:00-8:30) | 1. | Medical Records of the Defendant |
| 2. | FTH FM 190-X26, DWI Statutory Warning-Refusal, dated July 5, 2013 signed Carl Shanklin | 2. | |
| 3. | Police Station Video, July 5, 2013, MPR 3721-13 (file 4085, time 2:12-2:30; file 4093, time 0:00 - 12:50; file 4065, time 0:00 - 9:00) | 3. | |
| 4. | | 4. | |
| 5. | | 5. | |
| 6. | | 6. | |
| 7. | | 7. | |
| 8. | | 8. | |
| 9. | | 9. | |
| 10. | | 10. | |