# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| vs. | § § | Case Number: WA:13-M-00817(1) |
| (1) RONALD R. HOLMES<br>*Defendant* | § | |

FILED
CLERK, U.S. [DISTRICT COURT]
WESTERN DISTRICT OF TEXAS
OCT 01 2013
BY _____ DEPUTY CLERK

## RECEIPT FOR EXHIBITS

I hereby acknowledge receipt of all exhibits introduced on behalf of Defendant(s) during the trial of the above styled cause. I understand that these exhibits must be retained pending final disposition of this case.

_9/27/13_
Date

_[signature]_
Joe H. Rodriguez
Attorney for Defendant(s)